AO 240 (1/94)

# United States District Court

**DISTRICT OF** _____Northern_____ _____Illinois_____

Juan Robles
    Plaintiff

v.

    Defendant

**FILED**
NOV 06 2007
NOV 06 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER:
07CV6279
JUDGE DARRAH
MAG. JUDGE DENLOW

I, _____Juan Robles_____ declare that I am the (check appropriate box)

[x] petitioner/plaintiff/movant     [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:  [x] Yes   [ ] No   (If "No" go to Part 2)

   If "Yes" state the place of your incarceration _____Vandalia Correctional Center_____

   Are you employed at the institution? __Yes__   Do you receive any payment from the institution? __Yes__

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   [x] Yes   [ ] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.
   Library Clerk, Prison Library, $20 per month

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | [ ] | [x] |
   | b. | Rent payments, interest or dividends | [ ] | [x] |
   | c. | Pensions, annuities or life insurance payments | [ ] | [x] |
   | d. | Disability or workers compensation payments | [ ] | [x] |
   | e. | Gifts or inheritances | [ ] | [x] |
   | f. | Any other sources | [ ] | [x] |

   If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have any cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ☐ Yes  ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

8/27/07
DATE

*Juan Robles* [signature]
Juan Robles, K64465   SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ 45.96 on account to his/her credit at (name of institution) Vandalia, Correctional Center. I further certify that the applicant has the following securities to his/her credit: _____ . I further certify that during the past six months the applicant's average balance was $ _____

8/29/07
DATE

*Melinda Winters* [signature]
SIGNATURE OF AUTHORIZED OFFICER

Date: 8/29/2007　　　　　　　　　　**Vandalia Correctional Center**　　　　　　　　　　　　Page 1
Time: 7:44am　　　　　　　　　　　　　　**Trust Fund**
d_list_inmate_trans_statement_composite　　　　Inmate Transaction Statement

REPORT CRITERIA - Date: 01/01/2007 thru End;  Inmate: K64465;  Active Status Only ? : No;  Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;  Print Furloughs / Restitutions ? : Yes;  Include Inmate Totals ? : Yes;  Print Balance Errors Only ? : No

**Inmate: K64465 Robles, Juan**　　　　　　　　　　　**Housing Unit: VAN-M -01-71**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.00 |
| 07/16/07 | Mail Room | 10 Western Union - Not Held | 197200 | 3239040204 | LOPEZ, ESMERALDA | 50.00 | 50.00 |
| 07/23/07 | Point of Sale | 60 Commissary | 204731 | 468839 | Commissary | -45.67 | 4.33 |
| 07/27/07 | Mail Room | 04 Intake and Transfers In | 208280 | 135463 | Stateville C.C. | .75 | 5.08 |
| 07/29/07 | Mail Room | 10 Western Union - Not Held | 210200 | 7588504522 | LOPEZ, ESMERALDA | 100.00 | 105.08 |
| 07/31/07 | Point of Sale | 60 Commissary | 212720 | 469713 | Commissary | -25.72 | 79.36 |
| 08/07/07 | Point of Sale | 60 Commissary | 219731 | 470584 | Commissary | -29.69 | 49.67 |
| 08/14/07 | Mail Room | 01 MO/Checks (Not Held) | 226262 | A893150 | Lopez, Esmeralda | 50.00 | 99.67 |
| 08/14/07 | Payroll | 20 Payroll Adjustment | 226163 | | P/R month of 07/2007 | 7.44 | 107.11 |
| 08/15/07 | Disbursements | 84 Library | 227338 | Chk #29870 | 0810, DOC: 523 Fund Library, Inv. Date: 08/10/2007 | -.10 | 107.01 |
| 08/15/07 | Disbursements | 80 Postage | 227338 | Chk #29872 | 081307, Pitney Bowes Credit Co, Inv. Date: 08/13/2007 | -1.64 | 105.37 |
| 08/15/07 | AP Correction | 84 Library | 227538 | Chk #29870 Voided | 0810 - DOC: 523 Fund Library | .10 | 105.47 |
| 08/15/07 | AP Correction | 80 Postage | 227538 | Chk #29872 Voided | 081307 - Pitney Bowes Credit C | 1.64 | 107.11 |
| 08/15/07 | Disbursements | 84 Library | 227338 | Chk #29873 | 0810, DOC: 523 Fund Library, Inv. Date: 08/10/2007 | -.10 | 107.01 |
| 08/15/07 | Disbursements | 80 Postage | 227338 | Chk #29875 | 081307, Pitney Bowes Credit Co, Inv. Date: 08/13/2007 | -1.64 | 105.37 |
| 08/15/07 | Disbursements | 90 Medical Co-Pay | 227338 | Chk #29876 | 07242007, DOC: 523 Fund Inmate, Inv. Date: 07/24/2007 | -2.00 | 103.37 |
| 08/15/07 | Disbursements | 90 Medical Co-Pay | 227338 | Chk #29876 | 07172007, DOC: 523 Fund Inmate, Inv. Date: 07/17/2007 | -2.00 | 101.37 |
| 08/15/07 | Disbursements | 90 Medical Co-Pay | 227338 | Chk #29876 | 07202007, DOC: 523 Fund Inmate, Inv. Date: 07/20/2007 | -2.00 | 99.37 |
| 08/16/07 | Point of Sale | 60 Commissary | 228731 | 471768 | Commissary | -28.79 | 70.58 |
| 08/16/07 | Disbursements | 88 Dental Work | 228338 | Chk #29919 | 08172007, Dental Arts, Inv. Date: 08/16/2007 | -19.28 | 51.30 |
| 08/22/07 | Disbursements | 80 Postage | 234338 | Chk #29979 | 08172007, Pitney Bowes Credit , Inv. Date: 08/17/2007 | -.41 | 50.89 |
| 08/22/07 | AP Correction | 80 Postage | 234538 | Chk #29979 Voided | 08172007 - Pitney Bowes Credit | .41 | 51.30 |
| 08/22/07 | Disbursements | 80 Postage | 234338 | Chk #29980 | 08172007, Pitney Bowes Credit , Inv. Date: 08/17/2007 | -.41 | 50.89 |
| 08/23/07 | Point of Sale | 60 Commissary | 235731 | 472784 | Commissary | -29.93 | 20.96 |
| 08/27/07 | Mail Room | 10 Western Union - Not Held | 239200 | 9762465440 | LOPEZ, ESMERALDA | 25.00 | 45.96 |

　　　　　　　　　　　　　　　　　　　　　　　　　　Total Inmate Funds:　　45.96
　　　　　　　　　　　　　　　　　　　　　　Less Funds Held For Orders:　　.00
　　　　　　　　　　　　　　　　　　　　　　　Less Funds Restricted:　　　.00
　　　　　　　　　　　　　　　　　　　　　　　　　Funds Available:　　　45.96

　　　　　　　　　　　　　　　　　　　　　　　　　Total Furloughs:　　　　.00
　　　　　　　　　　　　　　　　　　　Total Voluntary Restitutions:　　　.00

Date: 8/29/2007
Time: 8:02am
d_list_inmate_trans_statement_composite

# Stateville Correctional Center
## Trust Fund
### Inmate Transaction Statement

Page 1

REPORT CRITERIA - Date: Start thru End;  Inmate: K64465;  Active Status Only ? : No;  Print Restrictions ? : Yes;  Transaction Type: All Transaction Types;  Print Furloughs / Restitutions ? : Yes;  Include Inmate Totals ? : Yes;  Print Balance Errors Only ? : No

**Inmate: K64465 Robles, Juan**   **Housing Unit: NRC-RF-01-08**   **Transferred**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.00 |
| 11/20/03 | Mail Room | 04 Intake and Transfers In | 324237 | 116972 | City/County Jail | 10.86 | 10.86 |
| 11/25/03 | Disbursements | 99 Transfer Inmate | 329390 | Chk #116082 | Robinson CC | -10.86 | .00 |
| 07/18/07 | Mail Room | 04 Intake and Transfers In | 1992153 | 146258 | Cook County Jail | .75 | .75 |
| 07/24/07 | Disbursements | 99 Transfer Inmate | 2053148 | Chk #135463 | Vandalia CC,   Inv. Date: 07/24/2007 | -.75 | .00 |

|  |  |
|---|---|
| Total Inmate Funds: | .00 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | .00 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |