UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

JUAN ROBLES
Plaintiff(s)

v.

Chicago Police Department,
Officer Thomas, #8796
Officer Sanchez, #4243
Defendant(s)

07CV6279
JUDGE DARRAH
MAG. JUDGE DENLOW

FILED
NOV 06 2007 aew
NOV 06 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, _____Juan Robles_____, declare that I am the (check appropriate box)
   [x] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

3. In further support of my motion, I declare that (check appropriate box):

   [x] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [x] I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.

   [ ] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

/s/ Juan Robles
Juan Robles, K64465

Box 500, Reg. No. __K64465__
VANDALIA CORRECTIONAL CENTER.
VANDALIA IL, 62471