FILED MHN

DEC 04 2007 aw

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Mr. Michael W. Dobbins,

I am writing this brief letter to inform the court of my change of address.

I now reside at:
Juan Robles #K-64465
South Western Illinois Department of Corrections
P.O. Box 129
East St. Louis, IL 62202

My Case # is: 07C 6279
My Judge is: Judge John W. Darrah
Magistrate Judge is: Judge Denlow
Title of case:

    Juan Robles
        V.
    Officer M. Thomas  Badge # 8796
    Officer N. Sanchez  Badge # 4243
    Chicago Police Department

Thank you,
X Juan Robles