FILED
DECEMBER 18, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RECEIVED
NOV 06 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUAN ROBLES, K64465

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

CHICAGO POLICE DEPARTMENT

CPD OFFICER THOMAS, Badge #8796

CPD OFFICER SANCHEZ, Badge #4243

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

07CV6279
JUDGE DARRAH
MAG. JUDGE DENLOW

Case No: _____
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

__xxx__ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331(a) U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

1

I. Plaintiff(s):

  A. Name: Juan Robles

  B. List all aliases:

  C. Prisoner identification number: K64465

  D. Place of present confinement: Vandalia Correctional Center

  E. Address: Route 51 N. PO Box 500 Vandalia, IL 62471

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

  A. Defendant: Chicago Police Department

     Title: Supervising Authority

     Place of Employment: 3510 S. Michigan Ave. Chicago, IL 60653

  B. Defendant: Officer M. J. Thomas, Badge #8796

     Title: City of Chicago Police Officer

     Place of Employment: Chicago Police Department

  C. Defendant: Officer N. Sanchez, Badge #4243

     Title: City of Chicago Police Officer

     Place of Employment: Chicago Police Department

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III.  Exhaustion of Administrative Remedies

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A.  Is there a grievance procedure available at your institution?

YES (xx)   NO ( )   If there is no grievance procedure, skip to F.

B.  Have you filed a grievance concerning the facts in this complaint?

YES (xx)   NO ( )

C.  If your answer is YES:

1. What steps did you take?
   Reported abuse to OPS Chicago PD

2. What was the result?
   Investigation begun

3. If the grievance was not resolved to your satisfaction, did you appeal?
   As yet unresolved
   What was the result (if there was no procedure for appeal, so state.)

   ongoing

D.  If your answer is NO, explain why not:
    Investigation ongoing

E. Is the grievance procedure now completed? YES ( ) NO ( )
   Unknown

F. If there is no grievance procedure in the institution, did you complain to authorities? YES ( ) NO ( )

G. If your answer is YES:

   1. What steps did you take?

   _____
   _____
   _____

   2. What was the result?

   _____
   _____
   _____

H. If your answer is NO, explain why not:

   _____
   _____
   _____
   _____

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

   A. Name of case and docket number: _____ N/A _____

   B. Approximate date of filing lawsuit: _____

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
   _____
   _____
   _____

   D. List all defendants: _____
   _____
   _____
   _____

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

   F. Name of judge to whom case was assigned: _____
   _____

   G. Basic claim made: _____
   _____
   _____

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____
   _____
   _____

   H. Approximate date of disposition: _____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

V.  Statement of Claim:

### NARRATIVE OF INCIDENT LEADING TO COMPLAINT

On April 4, 2007, my fiancee and I were at my grandmother's house in Chicago helping her prepare for the homecoming of my uncle. My grandmother asked if we were hungry, to which we replied, yes. She indicated that to cook the meat that she had, she would need some spice from the store and asked if I would run and get it. My fiancee also needed some baby food, so we both got in the car and drove to the La Chiquita grocery store located at 2611 S. Central Park at around 10:30 PM.

Upon arrival, my fiancee, who was driving, parked facing north, two cars away from the alley. This afforded her a clear line of sight with the intersection that was only two car lengths away. Since she was 3 months pregnant, she decided to stay in the car while I ran into the store, she asked me to hurry since she didn't want to sit in the car alone for very long.

As I was walking into the store, a friend I hadn't seen in about 14 months, Joel Naverette, saw me and said hello and then accompanied me into the store while we were conversing. I got the items I needed, paid for them and exited the store still in his company. As we approached my finacee's car, still talking, a Chicago Police, marked squad car screeched to a stop facing north about two car lengths away from our car, still in full view of my fiancee. Two officers exited the vehicle and approached Joel and I. The officers, a male (Officer Thomas) and a female (Officer Sanchez) came up to us and Officer Thomas told me "Come here dickhead!"

I was still holding my groceries, which he caused me to drop as he handcuffed me and threw me against the squad car. As he was holding me against the car, he was looking over my right shoulder and said "You fucking Kings think you're tough", repeating this over and over. I looked up at him and asked him what his problem was and he answered by hitting me on the right side of my head between my cheek and temple. My knees buckled and I fell against the car and fell to the ground. After I got up, Officer Thomas opened the rear door of the squad car and pushed me in. He shut the door behind me, then joined Officer Sanchez who was searching Joel. At no time did they cuff Joel. Officer Thomas returned to the car and opened the door. I thought he was going to let me go, but instead, he opened the door, then punched me in the left eye and slammed the door again without a word.

As my vision cleared, I saw Officer Thomas searching the alley and curb area with his flashlight. He then returned to the car, opened the passenger rear door, I scooted as far over to the driver's side as I could, fearing that he would hit me again. He climbed in the rear seat with me and began hitting me with his police baton. He hit me three times on the head with this metal stick. I put my head down, guarding it as best I could while handcuffed, and kept saying "alright, alright" hoping that he would see that as a sign of acquiescence and stop hitting me. I still didn't know why he was hitting me.

Officer Thomas left and re-joined Officer Sanchez and they let Joel leave and he walked down the alley away from us. Joel looked back and shook his head as he walked away. After I saw him leave, I just leaned against the door and cried. Officer Sanchez opened the door I was leaning against and I fell out of the car. Officer Sanchez told her partner "Get this fucking asshole off me" and pulled her foot out from under me. Officer Thomas picked me up off the ground and started punching me in the head and body. More officers began arriving and they threw me in the car. The other officers spoke with Sanchez and Thomas for a few minutes, then left.

1

Officers Thomas and Sanchez then got in the front seat of the squad car, did a few things, then drove me to the police station.

At the station, a different officer uncuffed me and then re-cuffed me to the bench. After awhile, two other officers came and took me to a hospital and sat with me in the examining room. The officers told me if I signed a refusal for treatment, they were going to let me go in a few hours with a Disorderly Conduct ticket. I told them I would do that, having been in trouble before and knowing that if I didn't press the issue of the beating, the police were likely to just release me. After signing the refusal, I told the officers "I understand that officers make mistakes and have bad days too, look at me."

I was returned to the station and put in a holding cell. Some other officers came in later and asked me what happened. I asked them if I was going home today and they said "No, it doesn't work like that." I told them that the other officers told me that I would be going home in awhile. The responded that I was going to Cook County Jail for Aggravated Battery of a Police Officer. After that, I told them I wanted a lawyer.

While I was being booked and processed, my fiancee was able to retrieve our bag full of groceries with the receipt and called the Office of Proffessional Services, O.P.S., the investigative arm of the Chicago Police Department that looks into allegations of police abuse. The call was made by Olga Aguilera who was helping keep my fiancee calm. O.P.S. said that they would investigate, but to date hasn't to the best of my knowledge.

When I arrived at Cook County, the Sheriff's deputies made me sign a paper stating that I was remanded to their custody already beat up. O.P.S. pulled me out of the processing line for pictures, but I have not heard anything since.

VI.  Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like for the officers involved in this miscarriage of justice to be held accountable for their actions and to know that being a Hispanic is not automatically an indication that a person is involved in gang-related activities. For pain, suffering, anguish and actual injuries maliciously imparted and negligently ignored, the sum of $2,000,000.

I declare under penalty of perjury that all facts given in the complaint are true and correct.

Signed this 31st day of October, 2007

*Juan Robles*
Juan Robles, K64465

(Signature of plaintiff or plaintiffs)

K64465
(I.D. Number)

PO Box 500

Vandalia, IL 62471

(Address)

8