IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBLES, JUAN, | ) | |
| | ) | |
| Plaintiff, | ) | NO.  07 C 6279 |
| | ) | |
| v. | ) | HON. JUDGE DARRAH |
| | ) | Judge Presiding |
| CHICAGO POLICE DEPARTMENT, | ) | |
| Chicago Police Officer, THOMAS #8796 and, | ) | MAGISTRATE JUDGE DENLOW |
| Chicago Police Officer; SANCHEZ # 4243; | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:     Juan Robles-Pro Se
        #K64465
        Vandalia Correctional Center
        Route 51, P.O. Box 500
        Vandalia, IL 62471

   **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD**, a copy of which is attached hereto and herewith served upon you.

   **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Darrah, or before such other Judge sitting in his place or stead, on **June 18rd, 2008, at 9:00 a.m.**, or as soon thereafter as counsel may be heard, in **Courtroom 1203**, United States District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached Motion.
   **DATED** at Chicago, Illinois this 11th day of June, 2008.

                                        Respectfully submitted,
                                        By:


                                        /S/ Thomas H. Freitag
30 North LaSalle Street                 Thomas H. Freitag
Suite 1400                              Assistant Corporation Counsel
Chicago, Illinois  60602
(312) 742-7391
Atty. No. 06272245

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have caused true and correct copies of the above and foregoing **NOTICE OF MOTION** and **DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD** to be served on the person(s) named in the foregoing Notice, at the address therein stated, by placing said copies in a stamped, addressed envelope and depositing same in the U.S. Mail at 30 North LaSalle Street, Chicago, Illinois on June 11, 2008.

/S/ *Thomas H. Freitag*
THOMAS FREITAG