# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 cv 6279 | **DATE** | June 13, 2008 |
| **CASE TITLE** | Robles v. City Police Department, et al. | | |

**DOCKET ENTRY TEXT:**

Defendants' Motion for Enlargement of Time to Answer or Otherwise Plead [16] is GRANTED. Defendants to respond to Complaint by July 11, 2008.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|