UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Juan Robles
                            Plaintiff,

v.                                             Case No.: 1:07−cv−06279
                                                          Honorable John W. Darrah

Officer Thomas, et al.
                            Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Thursday, June 26, 2008:

      MINUTE entry before the Honorable John W. Darrah:Defendants failed to appear. Status hearing held and continued to 9/2/08 at 9:00 a.m. Mailed notice(maf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.