IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBLES, JUAN, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 07 C 6279 |
| | ) | |
| v. | ) | HON. JUDGE DARRAH |
| | ) | Judge Presiding |
| CHICAGO POLICE DEPARTMENT, | ) | |
| Chicago Police Officer, THOMAS #8796 and, | ) | MAGISTRATE JUDGE DENLOW |
| Chicago Police Officer; SANCHEZ # 4243; | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:   Juan Robles-Pro Se
      #K64465
      Vandalia Correctional Center
      Route 51, P.O. Box 500
      Vandalia, IL 62471

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT'S MOTION TO DISMISS**, a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Darrah, or before such other Judge sitting in his place or stead, on **August 20th, 2008, at 9:00 a.m.**, or as soon thereafter as counsel may be heard, in **Courtroom 1203**, United States District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached Motion.

**DATED** at Chicago, Illinois this 11th day of July, 2008.

                                        Respectfully submitted,
                                        By:

                                        /S/ Thomas H. Freitag
30 North LaSalle Street                 Thomas H. Freitag
Suite 1400                              Assistant Corporation Counsel
Chicago, Illinois  60602
(312) 742-7391
Atty. No. 06272245

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have caused true and correct copies of the above and foregoing **NOTICE OF MOTION** and **DEFENDANT'S MOTION TO DISMISS** to be served on the person(s) named in the foregoing Notice, at the address therein stated, by placing said copies in a stamped, addressed envelope and depositing same in the U.S. Mail at 30 North LaSalle Street, Chicago, Illinois on July 11, 2008.

/S/ *Thomas H. Freitag*
THOMAS FREITAG