# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6279 | DATE | 8-5-08 |
| CASE TITLE | Juan Robles (K-64465) v. Thomas | | |

**DOCKET ENTRY TEXT:**

Plaintiff has until  9/4/08  to respond to Defendants' motion to dismiss. If Plaintiff files a response, Defendants shall have until  9/18/08  to file a reply. Ruling will be by mail. Specifically, Plaintiff should address whether success on his claims in this case would affect or call into question the validity of his conviction. *See Heck v. Humphrey*, 512 U.S. 477, 486 (1994); *Gilbert v. Cook*, 512 F.3d 899, 902 (7th Cir. 2008). Plaintiff's failure to file any pleadings in response to the motion to dismiss and this order will result in dismissal of his case.

Docketing to mail notices.



isk