MHN

**F I L E D**
8-25-2008
AUG 2 5 2008
MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

HONORABLE JUDGE DARRAH
Judge Presiding

MAGISTRATE JUDGE DENLOW

CASE NUMBER: 07 C 6279    DATE: 8-20-08

CASE TITLE: JUAN ROBLES (K-64465) v. THOMAS et al.

RESPONSE TO DEFENDANTS' MOTION TO DISMISS

I am writing in response to the defendants' Motion to dismiss. I respectfully request to file a motion to qaush the defendants' motion to dismiss. I believe the success of my claims will affect the Validity of my conviction.

At this time I would like to also file a motion for appointment of counsel due to the complexity of the case, and the inability to litigate the case myself. The case at this point and time demonstrates that counsel would provide Substantial benefit.

X Juan Robles (#K-64465)