## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07cv6279 | **DATE** | August 28, 2008 |
| **CASE TITLE** | Robles v. City of Chicago | | |

**DOCKET ENTRY TEXT:**

The status hearing in this matter set for September 2, 2008 is vacated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | nm |
|---|---|---|