IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBLES, JUAN, | ) | |
| | ) | |
| Plaintiff, | ) | NO.  07 C 6279 |
| | ) | |
| v. | ) | HON. JUDGE DARRAH |
| | ) | Judge Presiding |
| CHICAGO POLICE DEPARTMENT, | ) | |
| Chicago Police Officer, THOMAS #8796 and, | ) | MAGISTRATE JUDGE DENLOW |
| Chicago Police Officer; SANCHEZ # 4243; | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE TO MOTION TO DISMISS

Defendants, Michael THOMAS, and Nelly SANCHEZ("Defendants"), by one of their attorneys, Thomas Freitag, Assistant Corporation Counsel of the City of Chicago, for their Reply to Plaintiff's Response state as follows:

Plaintiff makes no argument in opposition to Defendants' Motion to Dismiss.  In fact, what little the Plaintiff does say actually supports Defendants' arguments made in their to Motion to Dismiss.  Plaintiff states that he believes the success of his claims will affect the validity of his conviction. (*See*, Plaintiff's Response to Defendants Motion to Dismiss, Docket entry #23). Plaintiff's statement in his Response supports the fact that his claims in this lawsuit are barred by *Heck v. Humphrey*, 512 U.S. 477 (1994), and its progeny. Defendants therefore make no argument in reply to an argument that was never set forth in Plaintiff's Response. Defendants believe that the failure of Plaintiff to make an argument in opposition to Defendants' Motion to Dismiss, and his own statements, mean that plaintiff has conceded the argument made in Defendants' Motion to Dismiss.

WHEREFORE, Defendants, Michael Thomas, and Nelly Sanchez respectfully request this Honorable Court, grant Defendants' Motion to Dismiss for the reasons stated in that Motion and grant any other relief this court deems appropriate.

                                        Respectfully submitted,

                                        MICHAEL THOMAS,
                                        And NELLY SANCHEZ,

                                        By one of their attorneys,

| | |
|---|---|
| 30 North LaSalle Street, Suite 1400 | |
| Chicago, Illinois 60602 | */s/ Thomas H. Freitag* |
| (312) 742-7391 | Thomas H. Freitag |
| Atty. No. 6272245 | Assistant Corporation Counsel |