IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBLES, JUAN, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 07 C 6279 |
| | ) | |
| v. | ) | HON. JUDGE DARRAH |
| | ) | Judge Presiding |
| CHICAGO POLICE DEPARTMENT, | ) | |
| Chicago Police Officer, THOMAS #8796 and, | ) | MAGISTRATE JUDGE DENLOW |
| Chicago Police Officer; SANCHEZ # 4243; | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

TO:   Juan Robles-Pro Se
      #K64465
      Vandalia Correctional Center
      Route 51, P.O. Box 500
      Vandalia, IL 62471

   **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO MOTION TO DISMISS**, a copy of which is attached hereto and herewith served upon you.

   **I HEREBY CERTIFY** that I have caused true and correct copies of the above and foregoing **NOTICE OF FILING** and **DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO MOTION TO DISMISS** to be served on the person(s) named in the foregoing Notice, at the address therein stated, by placing said copies in a stamped, addressed envelope and depositing same in the U.S. Mail at 30 North LaSalle Street, Chicago, Illinois on September 12, 2008.

   **DATED** at Chicago, Illinois this 12th day of September, 2008.

                                             Respectfully submitted,
                                             By:

                                             /S/ Thomas H. Freitag
30 North LaSalle Street                      Thomas H. Freitag
Suite 1400                                   Assistant Corporation Counsel
Chicago, Illinois  60602
(312) 742-7391
Atty. No. 06272245

Case 1:07-cv-06279     Document 26     Filed 09/12/2008     Page 2 of 2